UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT,<br><br>　　　　Defendants. | Case No. 18cv1918-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(Doc. No. 71) |

　　The joint motion of Plaintiff JEFFREY ROBINSON and Defendants CITY OF SAN DIEGO and the SAN DIEGO POLICE DEPARTMENT to dismiss Defendants CITY OF SAN DIEGO and the SAN DIEGO POLICE DEPARTMENT and all claims against them in their entirety, with prejudice, is granted. Each side will bear their own costs and attorneys' fees.

　　IT IS SO ORDERED.

Dated: June 25, 2021

　　　　　　　　　　　　　　　　*/s/ Battaglia*
　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　United States District Judge